

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

Southern Division

| | | |
|---|---|---|
| MICHAEL JAMES HUBBARD #242529 ) | Case No. | 4:22-cv-01328-RDP-JHE |
| ) | | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | | |
| (Write the full name of each plaintiff who is filing this complaint. ) | | |
| If the names of all the plaintiffs cannot fit in the space above, ) | | |
| please write "see attached" in the space and attach an additional ) | | |
| page with the full list of names.) ) | | |
| -v- ) | | |
| ) | | |
| KAY IVEY et al., ) | | |
| JOHN Q. HAMM; ) | | |
| CHERYL PRICE; ) | | |
| GUY NOE; ) | | |
| ) | | |
| *Defendant(s)* ) | | |
| (Write the full name of each defendant who is being sued. If the ) | | |
| names of all the defendants cannot fit in the space above, please ) | | |
| write "see attached" in the space and attach an additional page ) | | |
| with the full list of names.) | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL JAMES HUBBARD #242529 |
| Street Address | 1000 ST. CLAIR ROAD |
| City and County | CITY OF SPRINGVILLE, ST. CLAIR COUNTY |
| State and Zip Code | ALABAMA 35146 |
| Telephone Number | |
| E-mail Address | |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | KAY IVEY |
| Job or Title (if known) | GOVERNOR - STATE OF ALABAMA |
| Street Address | 600 DEXTER AVENUE |
| City and County | CITY OF MONTGOMERY; MONTGOMERY COUNTY |
| State and Zip Code | ALABAMA 36130 |
| Telephone Number | (334)242-7100; (334) 1188 |
| E-mail Address (if known) | www.nga.org.>governor>kay |

**Defendant No. 2**

| | |
|---|---|
| Name | JOHN Q. HAMM |
| Job or Title (if known) | COMMISSIONER -ALABAMA DEP'T OF CORRECTIONS (ADOC) |
| Street Address | 301 SOUTH RIPLEY STREET |
| City and County | CITY OF MONTGOMERY; MONTGOMERY COUNTY |
| State and Zip Code | ALABAMA 36130 |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | CHERYL PRICE |
| Job or Title (if known) | DEPUTY COMMISSIONER - ADOC |
| Street Address | 301 SOUTH RIPLEY STREET |
| City and County | CITY OF MONTGOMERY; MONTGOMERY COUNTY |
| State and Zip Code | ALABAMA 36130 |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | GUY NOE |
| Job or Title (if known) | (WARDEN I) ST. CLAIR CF, ADOC |
| Street Address | 1000 ST. CLAIR ROAD |
| City and County | SPRINGVILLE; ST. CLAIR |
| State and Zip Code | ALABAMA 35146 |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
8th AMENDMENT U.S. CONSTITUTION; 14th AMENDMENT U.S. CONSTITUTION; 1st AMENDMENT U.S. CONSTITUTION;

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

ST. CLAIR CORRECTIONAL FACILITY; SPRINGVILLE, ALABAMA

B.    What date and approximate time did the events giving rise to your claim(s) occur?

FROM SEPTEMBER 26, 2022 UP TO THE PRESENT MOMENT / BEYOND THE FILING OF THIS 'DOCUMENT - FORM' BEING DULY READ & ADJUDICATED;

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

\* ST. CLAIR, CF IMPLEMENTING STARVATION FEEDING POLICY; I AM EXPERIENCING THE AFFECTS UPON THE PRESCRIBED DIET FOR MY DIABETES AND DIALYSIS TREATMENT; I AM BEING FEED WELL UNDER S 2600 CALORIES A DAY DIET; THIS LACK ADEQUATE NUTRITIONAL REQUIREMENTS FOR A WELL BALANCED MEAL IS ERODING MY BODY, HEALTH, AND MENTAL SOUNDNESS - ALONG WITH THE DIABETES MEDICATION AND DIALYSIS TREATMENT I AM TAKING;

\* ST. CLAIR, CF PRACTICE ROUTINES THAT DENY INMATES FROM ADEQUATE "ACCESS TO THE COURTS"; I AM DENIED THE MATERIAL NEEDED TO FILE WITH THE COURT BY ACTIONS COMING FROM THE DEFENDANTS;

(SEE ATTACHED PAGES FOR MORE DETAILS)

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff pleads injunction relief is appropriate for his case scenario due to:
a) there exist a substantial likelihood he will succeed with his claim of an Eighth Amendment Constitutional Rights violation where documented evidence show Defendants ordered subordinate employees to deprive Plaintiff of the required diabetic guideline meals to preserve and sustain his health and safety;
b) Plaintiff could suffer the irreparable injury of loss to his life if required diabetic/dialysis guidelines i meals are not served to him immediately or soon;
c) The risk of the Plaintiff losing his life outweigh whatever damage the Defendants may allege the injunctive relief could result;
d) Granting injunctive relief will not have an adverse opinion in the public interest due to the preservation of life will be restored and lost of life averted;

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays for the following relief:
A. On his first claim, a judgment for compensatory and punitive damages in an amount to be determined at trial, against all Defendants liable to this suit in their official and/or individual capacity.
B. On his second claim, a judgment for injunctive relief prohibiting the Defendants from maintaining a policy or custom of denying the Plaintiff a dietary consumption inapposite to his prescribed diabetic / dialysis treatment guidelines and anything less than well balanced meals with adequate nutritional value that equals the required calorie intake for diabetics;;
C. A jury trial on all appropriate issues;
D. An award of costs and expenses against the Defendants;
E. Any and all other relief this Court may deem appropriate.
(See, attached pages)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/30/2022

Signature of Plaintiff: *Michael J. Hubbard*
Printed Name of Plaintiff: MICHAEL JAMES HUBBARD #242529

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address